

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2021      1/3/22

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Case Adj to January 31, 2022 at 2:30 p.m. - time excluded through Jan 31, in the interest of justice, to facilitate plea discussions.

Re:   *United States v. Miguel Ansures Almazan*, S1 21 Cr. 722 **(CM)**

*/s/ Colleen McMahon*

Dear Judge McMahon:

      The parties understand that the Court has adjourned the upcoming conference in this matter to January 31, 2022 at 2:30 p.m., with the understanding that the defendant will likely plead guilty in magistrate court before that date.  In light of the parties need for additional time to discuss a potential pretrial disposition in this matter, including the defendant's need to consult with counsel with respect to such a disposition, the Government moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), until January 31, 2022. The exclusion of time will afford the defendant time to consult with his attorney, and will permit the parties to engage in discussions regarding the potential for a pretrial disposition.  The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the interests of the defendant and the public in a speedy trial.  The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Mitzi S. Steiner
Samuel Rothschild
Assistant United States Attorneys
(212) 637-2284/2504

cc:  Neil Kelly, Esq.
      Federal Defenders of New York