# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 3, 2022

MEMO ENDORSED
4/4/22

Sentencing adjourned to
June 15, 2022 at 12:00 p.m.

*[signature]*

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Miguel Ansures Almazan**
21 Cr. 722 (CM)

Dear Judge McMahon:

    We write with the consent of the government to respectfully request a one-month adjournment of the April 28, 2022 sentencing (and associated filing deadlines) in the above-captioned matter. This is the defense's first request for an adjournment.

    The undersigned has been participating in an ongoing trial before the Honorable Lewis J. Liman for the past month. In addition, communication with Mr. Almazan has been complicated by the need for counsel to translate relevant documents for his review (for example, the draft Presentence Investigation Report). A one-month adjournment of sentencing in this matter would permit the defense to finalize its sentencing submission and enable Mr. Almazan to more fully assist his counsel.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA Mitzi Steiner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/22