# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 23, 2022

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Miguel Ansures Almazan**
      **21 Cr. 722 (CM)**

Dear Judge McMahon:

> *[Handwritten:]* Sentencing Adjourned to July 19, 2022 at 2 PM.
> So ordered.
> /s/ McMahon
> U.S.D.J. / Part I
> 5/31/22

We write with the consent of the government to respectfully request a one-month adjournment of the June 15, 2022 sentencing (and associated filing deadlines) in the above-captioned matter. This is the defense's second request for an adjournment.

Defense counsel and support staff have been working diligently with Mr. Almazan to collect information for Mr. Almazan's forthcoming sentencing submission, but in light of language barriers, the need for counsel to translate relevant documents for Mr. Almazan's review, and Mr. Almazan's hectic work schedule (which keeps him occupied most days from before dawn until after dusk), the defense would benefit greatly from an adjournment to finalize its sentencing submission. Mr. Almazan has been fully compliant with the terms of his pretrial release and will remain employed should the Court grant this adjournment of sentencing.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Mitzi Steiner